**Fill in this information to identify the case:**

Debtor name ___Mountain View Midstar, LLC___

United States Bankruptcy Court for the: ___Northern District of Texas___
(State)

Case number (If known): ___25-42648-11___

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................  $ 10,400,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ........................................................  $ 2,529,137.60

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ........................................................  $ 12,929,137.60

---

**Part 2:**  Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................  $ 15,860,676.86

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................................  $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................................................  +$ 361,988.54

4. **Total liabilities** ........................................................
    Lines 2 + 3a + 3b   $ 16,222,665.40

**Fill in this information to identify the case:**

Debtor name _Mountain View Midstar, LLC_

United States Bankruptcy Court for the: _Northern District of Texas_

Case number (If known): _25-42648-11_

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BancFirst | Checking | 9  7  0  0 | $ 6,154.59 |
| 3.2. | Southside Bank | Checking | 2  7  7  8 | $ 590,074.48 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $ 596,229.07

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Tenant Security Deposits | $ 12,711.18 |
| 7.2. | Prepaid rents by tenants | $ 14,397.59 |

Debtor    Mountain View Midstar, LLC
           Name

Case number *(if known)* 25-42648-11

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Insurance (AFCO) ............................................................................ $ 68,899.88

8.2. Prepaid Income from Tenants ....................................................................... $ 13,686.58

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ 109,695.23

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |

11. **Accounts receivable**

11a. 90 days old or less: | 14,843.28 | – | 0.00 | = ........➔ | $ 14,843.28
 | face amount | | doubtful or uncollectible accounts | |

11b. Over 90 days old: | 770,856.49 | – | 632,822.77 | = ........➔ | $ 138,033.72
 | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ 152,877.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ | _____ | $_____

14.2. _____ | _____ | $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: | % of ownership:

15.1._____ | _____% | _____ | $_____

15.2._____ | _____% | _____ | $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ | _____ | $_____

16.2._____ | _____ | $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $_____

---

Debtor  Mountain View Midstar, LLC _____  Case number *(if known)* 25-42648-11 _____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor   Mountain View Midstar, LLC
         Name

Case number (if known) 25-42648-11

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture - See Supplement to Schedule A/B | $_____ | _____ | $ 5,096.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5,096.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Mountain View Midstar, LLC
Name

Case number (if known) 25-42648-11

---

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Maintenance Equipment - See Supplement to Schedule A/B

| | | |
|---|---|---|
| $_____ | | $ 27,296.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 27,296.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  Mountain View Midstar, LLC _____   Case number (if known) 25-42648-11 _____
        Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Shopping Center - 1211 N. Commerce Street, Ardmore, OK 73401 | 100 | $_____ | _____ | 10,400,000.00<br>$_____ |
| 55.2 1203 N. Commerce, Ardmore, OK (6.21 acres) | ownership | $_____ | _____ | 0.00<br>$_____ |
| 55.3 See continuation sheet | | 0.00<br>$_____ | | 0.00<br>$_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

> 10,400,000.00
> $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

> $_____

Debtor   Mountain View Midstar, LLC
         Name

Case number *(if known)* 25-42648-11

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00 _____  — 0.00 _____  = ➡  $ 0.00 _____
                             Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

City of Ardmore Tax Incentive _____    Tax year 2026 _____   $ 1,637,944.30 _____

_____    Tax year _____   $ _____

_____    Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim    _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 1,637,944.30

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor ___Mountain View Midstar, LLC_____    Case number _(if known)_ _25-42648-11_____
      Name

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 596,229.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 109,695.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 152,877.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,096.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 27,296.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................➔ | | $ 10,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 1,637,944.30 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,529,137.60 | **+** 91b. $ 10,400,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... 12,929,137.60      $ 12,929,137.60

---

Official Form 206A/B             **Schedule A/B: Assets — Real and Personal Property**             page 8

| Debtor 1 | Mountain View Midstar, LLC | | | Case number *(if known)* | 25-42648-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 1225 NW 12th Ave., Ardmore, OK - 12.02 acres | Owner | | | 0.00 |
| W 20 E100 SE, SE Less N, 152. 77-24.045 OIE, Ardmore, OK (. 51 acres) | owner | | | 0.00 |

# Shops At Ardmore Inventory List

## SUPPLEMENT TO SCHEDULE A/B - ITEMS 39 & 50

| Category | Quantity | Brand | Model | Item | Serial Number | Value |
|---|---|---|---|---|---|---|
| Maintenance Equipment | 1 | DeWalt | | 4-Tool Combo Kit (Drills, Work Light) | | $ 379.00 |
| Maintenance Equipment | 1 | EarthWay | | Applicator, Fertilizer | | $ 89.00 |
| Maintenance Equipment | 4 | DeWalt | | Battery, 18v | | $ 100.00 |
| Maintenance Equipment | 1 | Stihl | | Blower, Leaf | Serial #506425475 | $ 289.00 |
| Maintenance Equipment | 1 | Echo | ES-230 | Blower, Leaf | | $ 499.00 |
| Maintenance Equipment | 1 | Echo | ES-250 | Blower, Leaf | | $ 253.00 |
| Maintenance Equipment | 1 | Windsor | Lightning | Buffer, Floor | | $ 350.00 |
| Maintenance Equipment | 1 | Minuteman | | Buffer, Propane Floor | | $ 1,200.00 |
| Maintenance Equipment | 1 | | | Cart, 4 ft Flatbed | | $ 200.00 |
| Maintenance Equipment | 1 | | | Cart, 8-10 ft Flatbed | | $ 200.00 |
| Maintenance Equipment | 1 | Poulan | | Chainsaw | Serial #16077N200431 | $ 173.00 |
| Maintenance Equipment | 1 | DeWalt | | Charger, 18v | | $ 100.00 |
| Maintenance Equipment | 1 | Kobalt | | Compressor | | $ 100.00 |
| Maintenance Equipment | 1 | DeWalt | | Compressor (4 Gallon) | Serial #n887953 | $ 400.00 |
| Maintenance Equipment | 1 | DeWalt | | Drill and Charger, 16v | | $ 257.00 |
| Maintenance Equipment | 1 | DeWalt | | Drill, 18v | Serial #548779 | $ 100.00 |
| Maintenance Equipment | 1 | DeWalt | | Drill, 18v | Serial #803719 | $ 100.00 |
| Maintenance Equipment | 1 | DeWalt | | Drill, 20v Impact, 2 Batteries and Charger | | $ 229.00 |
| Maintenance Equipment | 1 | DeWalt | | Drill, Hammer | Serial #548779 | $ 127.00 |
| Maintenance Equipment | 1 | Craftsman | | Driver/Socket Set, 1/2 in 22 Piece | | $ 80.00 |
| Maintenance Equipment | 1 | DeWalt | | Grinder, Angle | | $ 65.00 |
| Maintenance Equipment | 1 | | | Ladder 12 ft Fiberglass (Orange) | | $ 309.00 |
| Maintenance Equipment | 1 | | | Ladder, 10 ft Aluminum Extension | | $ 125.00 |
| Maintenance Equipment | 1 | | | Ladder, 10 ft Fiberglass (Orange) | | $ 269.00 |
| Maintenance Equipment | 1 | | | Ladder, 28 ft Fiberglass Extension | | $ 449.00 |
| Maintenance Equipment | 1 | | | Ladder, 6 ft Aluminum | | $ 50.00 |
| Maintenance Equipment | 2 | | | Ladder, 8 ft Fiberglass | | $ 378.00 |
| Maintenance Equipment | 1 | QPR | 6690 | Melter, All-in-One Asphalt | | $ 1,699.00 |
| Maintenance Equipment | 1 | Kobalt | | Mixer, Concrete | 0241568 | $ 400.00 |
| Maintenance Equipment | 1 | Craftsman | M230 | Mower, Gas Self-Propelled Lawn | | $ 419.00 |
| Maintenance Equipment | 1 | Troy-Bilt | TB200 | Mower, Gas Self-Propelled Lawn (500cc 21 in) | | $ 285.00 |
| Maintenance Equipment | 1 | BigDog | C Series | Mower, Zero-Turn Riding | | $ 4,400.00 |
| Maintenance Equipment | 1 | Husqvarna | 020490 | Pressure Washer | Serial #1022331090 | $ 265.00 |
| Maintenance Equipment | 1 | Honda | PS61044 | Pressure Washer | | $ 629.00 |
| Maintenance Equipment | 1 | | | Pressure Washer | | $ 100.00 |
| Maintenance Equipment | 1 | DeWalt | | Sander | Serial #779951 | $ 100.00 |
| Maintenance Equipment | 1 | Black and Decker | | Sander | | $ 50.00 |
| Maintenance Equipment | 1 | Tennant | 5680 | Scrubber, Floor | Serial #13951 | $ 5,400.00 |
| Maintenance Equipment | 3 | | | Shovel, Snow (Metal) | | $ 250.00 |
| Maintenance Equipment | 4 | | | Shovel, Snow (Plastic) | | $ 80.00 |
| Maintenance Equipment | 1 | Kobalt | | Skilsaw, 7-1/4 in | | $ 100.00 |
| Maintenance Equipment | 1 | Solo | | Sprayer, Backpack (4 Gallon) | | $ 100.00 |
| Maintenance Equipment | 8 | | | Traffic Control Stand (Chrome) | | $ 700.00 |
| Maintenance Equipment | 1 | Kerney | | Trailer 10 ft | | $ 1,200.00 |
| Maintenance Equipment | 1 | | | Trailer Water Tank and Pump | | $ 1,047.00 |
| Maintenance Equipment | 1 | Agri Fab | | Trailer, 17 cubit ft | | $ 230.00 |
| Maintenance Equipment | 1 | Echo | SRM2620 | Trimmer (Weed Eater) | | $ 430.00 |
| Maintenance Equipment | 1 | Echo | SRM2620-T | Trimmer (Weed Eater) | | $ 399.00 |
| Maintenance Equipment | 1 | Echo | SRM266T | Trimmer (Weed Eater) | Serial #42512068471-Wt | $ 349.00 |
| Maintenance Equipment | 1 | Echo | SRM230 | Trimmer (Weed Eater) | Serial #05170772-Wt | $ 299.00 |
| Maintenance Equipment | 1 | Poulan | | Trimmer, Hedge | Serial #14121N9665-131.0 | $ 199.00 |
| Maintenance Equipment | 1 | Shark | | Vacuum | | $ 199.00 |
| Maintenance Equipment | 1 | Hoover | | Vacuum | | $ 169.00 |
| Maintenance Equipment | 1 | | | Vacuum, Backpack | | $ 400.00 |
| Maintenance Equipment | 1 | Shop-Vac | 52754-10 | Wet/Dray Vacuum | | $ 85.00 |
| Maintenance Equipment | 1 | Shop-Vac | Series LB | Wet/Dray Vacuum | | $ 85.00 |
| Maintenance Equipment | 2 | | | Wheelbarrow | | $ 238.00 |
| Maintenance Equipment | 4 | Utilitech | | Work Light (500 watt Halogen) | | $ 120.00 |
| Office Equipment | 1 | Dell | Optiplex 3060 | Computer | | $ 1,000.00 |
| Office Equipment | 1 | | | Microwave | | $ 150.00 |
| Office Equipment | 1 | HP | HPw2207 | Monitor | | $ 166.00 |
| Office Equipment | 1 | HP | LaserJet Pro M283cdw | Printer, Color | | $ 340.00 |
| Office Equipment | 1 | HP | LaserJet Pro MFP | Printer, Color | | $ 260.00 |
| Office Equipment | 1 | Hisense | | Refrigerator | | $ 280.00 |
| Office Furniture | 4 | | | Cabinet, File | | $ 400.00 |
| Office Furniture | 5 | | | Chair, Desk | | $ 500.00 |
| Office Furniture | 1 | | | Desk with File Cabinet and Shelves | | $ 2,000.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Mountain View Midstar, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (If known): | 25-42648-11 |

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>SBA Disaster Loan Servicing Center | Describe debtor's property that is subject to a lien<br>Shopping Center - 1211 N. Commerce Street, Ardmore, OK 73401 | $ 156,272.07 | $ 10,400,000.00 |

**Creditor's mailing address**

1545 Hawkins Blvd., Ste. 202

El Paso, TX 79925

**Creditor's email address, if known**

Describe the lien

**Date debt was incurred** 06/14/2020

**Last 4 digits of account number** 7906

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

SBA Disaster Loan Servicing Center, 1st; United Texas Bank, 1st; United

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>United Texas Bank | Describe debtor's property that is subject to a lien<br>Shopping Center - 1211 N. Commerce Street, Ardmore, OK 73401 | $311,931.00 | $10,400,000.00 |

**Creditor's mailing address**

13101 Preston Rd.

Ste. 200, Dallas, TX 75240

**Creditor's email address, if known**

jhuggins@utb.com

**Date debt was incurred** 05/05/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 15,860,676.86

Debtor    Mountain View Midstar, LLC _____    Case number _(if known)_ 25-42648-11
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
United Texas Bank

_____

**Creditor's mailing address**

13101 Preston Rd.
Suite 200, Dallas, TX 75240

**Creditor's email address, if known**

jhuggins@utb.com

**Date debt was incurred** 12/27/2019
**Last 4 digits of account number** 8715

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Shopping Center - 1211 N. Commerce Street, Ardmore, OK 73401

$15,392,473.79    $10,400,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Mountain View Midstar, LLC | Case number *(if known)* | 25-42648-11 |
| | Name | | |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Mountain View Midstar, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | 25-42648-11 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | Mountain View Midstar, LLC | Case number (if known) | 25-42648-11 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Alert 360
PO Box 21031
Tulsa, OK 74121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 199.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
AT&T
P.O. Box 5014
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 215.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Blue Cross Blue Shield of Texas
PO Box 650615
Dallas, TX 75265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,813.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Burk Collins & Company
729 Grapevine Highway
#227
Hurst, TX 76054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 176,966.98

Date or dates debt was incurred 03/01/2012

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
City of Ardmore
PO Box 249
Ardmore, OK 73402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
City of Ardmore-Utilities
PO Box 249
Ardmore, OK 73402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 1,119.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Mountain View Mudstar, LLC
Name                                          Case number *(if known)*    25-42648-11

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7   **Nonpriority creditor's name and mailing address**

Jean Collins
P.O. Box 23
Colleyville, TX 76034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/13/2011

Last 4 digits of account number

$ 180,562.53

---

**3.** 8   **Nonpriority creditor's name and mailing address**

Lowe's
PO Box 669821
Dallas, TX 75266-0775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 69.17

---

**3.** 9   **Nonpriority creditor's name and mailing address**

MetLife Small Business Center
PO Box 804466
Kansas City, MO 64180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 82.08

---

**3.** 10   **Nonpriority creditor's name and mailing address**

Mood Media
PO Box 71070
Charlotte, NC 28272-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 87.48

---

**3.** 11   **Nonpriority creditor's name and mailing address**

Mood Media
PO Box 71070
Charlotte, NC 28272-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

Debtor  Mountain View Midstar, LLC
Name

Case number (if known)   25-42648-11

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12** | **Nonpriority creditor's name and mailing address**

Office of the United States Attorney
3rd Floor
1100 Commerce Street
Dallas, TX 75242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.13** | **Nonpriority creditor's name and mailing address**

Oklahoma Gas and Electric
PO Box 219296
Kansas City, MO 64121-9296

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.14** | **Nonpriority creditor's name and mailing address**

Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121-9296

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.15** | **Nonpriority creditor's name and mailing address**

Reliance Standard Life Insurance Company
PO Box 3124
Southeastern, PA 19398-3124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 130.63

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.16** | **Nonpriority creditor's name and mailing address**

SBA
PO Box 3918
Portland, OR 97208-3918

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 731.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Mountain View Mustar, LLC    Case number (if known)    25-42648-11
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17  **Nonpriority creditor's name and mailing address**

Vestis
PO Box 731676
Dallas, TX 75373-1676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 18  **Nonpriority creditor's name and mailing address**

Vestis Services, LLC
PO Box 731676
Dallas, TX 75373-1676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.99

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

Debtor    Mountain View Indian, LLC
Name

Case number (if known)    25-42648-11

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA, 19101-7346 | Line 3.12<br>☐ Not listed. Explain: | _____ |
| **4.2.** Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK, 73105 | Line 3.12<br>☐ Not listed. Explain | _____ |
| **4.3.** Oklahoma Tax Commission<br>2501 N. Lincoln Blvd.<br>Oklahoma City, OK, 73194 | Line 3.12<br>☐ Not listed. Explain | _____ |
| **4.4.** State Comptroller of Public Accounts<br>Revenue Accounting Division-Bankruptcy Section<br>PO Box 13528<br>Austin, TX, 78711 | Line 3.12<br>☐ Not listed. Explain | _____ |
| **41.** Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX, 78711-2548 | Line 3.12<br>☐ Not listed. Explain | _____ |
| **4.5.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.6.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.7.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.8.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.9.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.10.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.11.** | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____Mountain View Trusteen LLC_____    Case number *(if known)* ___19-42646-11___
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 361,988.54 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 361,988.54 |

**Fill in this information to identify the case:**

Debtor name _Mountain View Midstar, LLC_

United States Bankruptcy Court for the: _Northern District of Texas_

Case number (If known): _25-42648-11_          Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | Ulta Salon, Cosmetics & Fragrances, Inc. <br> 1000 Remington Blvd. <br> Suite 120 <br> Bolingbrook, IL, 60440 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | TJX Companies, Inc. (Store #1391) <br> Route 500A-1 <br> 770 Cochituate Road <br> Framingham, MA, 01701 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | Aaron Rents #CO315 <br> 400 Galleria Pkwy SE <br> Suite 300 <br> Atlanta, GA, 30339 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | Staples, Inc. - Store # 551 <br> US Retail Real Estate Department <br> 500 Staples Drive, PO Box 9271 <br> Framingham, MA, 01701 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | GNC General Nutrition Corporation <br> Attn: Rent Accountant (Store KK2852) <br> 300 Sixth Ave <br> Pittsburgh, PA, 15222 |

| Debtor | Mountain View Midstar, LLC | Case number (if known) | 25-42648-11 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Real Estate Counsel JC Penney @Music city Mall 2401 S. Stemmons Suite 400 Lewisville, TX, 75067 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Jing Yuan Chinese Restaurant Attn: Wei Zhi Zhang 1211 North Commerce, #28 & #28 Ardmore, OK, 73401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | The Peanut Shack, I C/O Clark & Sherry McNeil 1211 N. Commerce Suite #17 Ardmore, OK, 73401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore | Armed Forces Recruiting, Tulsa District U. S. Army, Corps of Engineers 2488 E 81st Street Tulsa, OK, 74137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Indian Territory Home Health and Hospice, LLC Attn: Elara Caring 3010 LBJ Freeway, Suite 1100 Dallas, TX, 75234 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Hobby Lobby LP Store # 113 7707 S.W. 44th Street Oklahoma City, OK, 73179 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Store #1302 Caleres *5* Famous Footwear Accts Payable (Famous Footwear) PO Box 30098 College Station, TX, 77842 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Mountain View Midstar, LLC | Case number *(if known)* | 25-42648-11 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Karen Wilson dba Tiny Tots 176 Hickory Ardmore, OK, 73401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Excel Fitness Partners, LLC - Planet Fitness 1901 W Braker Lane Suite 400 Austin, TX, 78758 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore | Hamza Chatri dba Lulu Leopard 1211 N Commerce Space 32 Ardmore, OK, 73401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Natural Nails Attn: Henry Nguyen 1211 North Commerce, Suite 6 Ardmore, OK, 73401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | The Buckle Inc. Store #39 Attn: Lease Administration P.O. Box 1480 Kearney, NE, 68848 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Prime Communications Spring Mobile 3702 12550 Reed Road Suite 100 Sugar Land, TX, 77478 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Lease at Shops at Ardmore Lessee | Department of Veterans Affairs United States of America 921 NE 13th Street Oklahoma City, OK, 73104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Mountain View Midstar, LLC | Case number (*if known*) | 25-42648-11 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.**20** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Lease at Shops at Ardmore | The Snow Blizzard Courtney Wells<br>764 Rustic Road<br>Ardmore, OK, 73401 |
| 2.**21** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | Loft Photography<br>710 Franklin Ct<br>Ardmore, OK, 73401 |
| 2.**22** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease at Shops at Ardmore Lessee | Mobi-Zen & More<br>1211 N. Commerce St.<br>Mobi-Zen Kiosk<br>Ardmore, OK, 73401 |
| 2.**23** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease at Shops at Armore Lessee | Eco Water Systems<br>241 N. Hydraulic<br>Wichita, KS, 67214 |
| 2.____ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___Mountain View Midstar, LLC___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): ___25-42648-11___

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Midstar Properties, Ltd. | 729 Grapevine Highway #227 Hurst, TX 76054 | United Texas Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Burk Collins & Compa | 729 Grapevine Highway #227 Hurst, TX 76054 | United Texas Bank | ☑ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name   Mountain View Midstar, LLC

United States Bankruptcy Court for the:   Northern District of Texas

Case number (*If known*):   25-42648-11

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/25/2025          ✖ /s/ Danny Hooper
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Danny Hooper
                              Printed name

                              President
                              Position or relationship to debtor